# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 501 EAL 2014
:
           Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
TERRENCE MCALEER, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.